UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGMEI JIANG,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-02605-CV-SSC<br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed the complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and the objections to the Report and Recommendation. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED (1) that Petitioner's renewed motion for a temporary restraining order and preliminary injunction, motion for immediate release, and motion to compel compliance (ECF 11) be

denied as moot, and (2) that judgment be entered denying the petition without prejudice.

DATED: 8/31/26

Cynthia Valenzuela

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE