UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGMEI JIANG,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-02605-CV-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied without prejudice.

DATED: 8/31/26

Cynthia Valenzuela

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE